# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RAYMOND GENE PHENIX, | ) | |
| Plaintiff, | ) | |
| | ) | 2:03-cv-00485-RCJ |
| vs. | ) | |
| | ) | |
| JAMES SCHOMIG et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

This is a petition for habeas corpus by a state prisoner pursuant to 28 U.S.C. § 2254. Petitioner has moved for leave to file a fourth amended petition, and Respondents have filed a notice of non-opposition, without waiver of any defenses. Petitioner has also filed a motion to file a fourth amended petition and to order Respondents to answer, as well as a motion to strike Respondents' opposition to his previous motion to supplement the Third Amended Petition.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion for Leave to File a Fourth Amended Petition (ECF No. 147) is GRANTED, without waiver of any defenses.

IT IS FURTHER ORDERED that the Motion to File a Fourth Amended Petition and Order Answer (ECF No. 148) and the Motion to Strike (ECF No. 145) are DENIED.

IT IS SO ORDERED.

DATED: This 5th day of July, 2011.

_____
ROBERT C. JONES
United States District Judge