# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND GENE PHENIX,<br><br>    Petitioner,<br><br>vs.<br><br>JAMES SCHOMIG, et al.,<br><br>    Respondents. | Case No. 2:03-CV-00485-RCJ-(RJJ)<br><br>**ORDER** |

Petitioner has filed a motion for leave to file a first amended reply (#157). Good cause appearing, the court grants this motion.

Petitioner also has submitted a request for clarification (#152), a motion for clarification by the court (#153), and a notice to the court and request for confirming briefing schedule (#155). The granting of the motion for leave to file a first amended reply (#157) renders these motions moot.

IT IS THEREFORE ORDERED that petitioner's motion for leave to file a first amended reply (#157) is **GRANTED**. The clerk of the court shall file the first amended reply, which is attached to the motion (#157).

///
///
///
///
///
///

1 | IT IS FURTHER ORDERED petitioner's request for clarification (#152), motion for clarification by the court (#153), and notice to the court and request for confirming briefing schedule (#155) are **DENIED** as moot.

Dated:  This 7th day of December, 2011.

_____
ROBERT C. JONES
Chief United States District Judge