# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RAYMOND GENE PHENIX,

    Petitioner,

vs.

JAMES SCHOMIG, et al.,

    Respondents.

Case No. 2:03-CV-00485-RCJ-(RJJ)

**ORDER**

    Petitioner has filed a motion for leave to file a first amended reply (#157).  Good cause appearing, the court grants this motion.

    Petitioner also has submitted a request for clarification (#152), a motion for clarification by the court (#153), and a notice to the court and request for confirming briefing schedule (#155).  The granting of the motion for leave to file a first amended reply (#157) renders these motions moot.

    IT IS THEREFORE ORDERED that petitioner's motion for leave to file a first amended reply (#157) is **GRANTED**.  The clerk of the court shall file the first amended reply, which is attached to the motion (#157).

///

///

///

///

///

///

-2-

1   IT IS FURTHER ORDERED petitioner's request for clarification (#152), motion for
2   clarification by the court (#153), and notice to the court and request for confirming briefing schedule
3   (#155) are **DENIED** as moot.
4   Dated:  This 7th day of December, 2011.

_____
ROBERT C. JONES
Chief United States District Judge