UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAYMOND GENE PHENIX,<br><br>                Petitioner,<br>    v.<br><br>JAMES SCHOMIG, *et al.*,<br><br>                Respondents. | Case No. 2:03-cv-00485-MMD-NJK<br><br>ORDER |

Before the Court is petitioner's second motion for evidentiary hearing and appointment of counsel (dkt. no. 163). Whenever the court determines that the interests of justice so require, counsel may be appointed to any financially eligible person who is seeking habeas corpus relief. 18 U.S.C. § 3006A(a)(2)(B). "[T]he district court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved." *Weygandt v. Look*, 718 F.2d 952 (9th Cir. 1983). There is no constitutional right to counsel in federal habeas proceedings. *McCleskey v. Zant*, 499 U.S. 467, 495 (1991). The factors to consider are not separate from the underlying claims, but are intrinsically enmeshed with them. *Weygandt*, 718 F.2d at 954. After reviewing the fourth amended petition (dkt. no. 163), the Court finds that appointment of counsel is not warranted.

Also before the Court is petitioner's motion to reconsider (dkt. no. 171) the Court's order (dkt. no. 170). Nothing in the motion to reconsider would cause the Court to depart from its order.

1     IT IS THEREFORE ORDERED that petitioner's second motion for evidentiary
2 hearing and appointment of counsel (dkt. no. 163) is DENIED.

3     IT IS FURTHER ORDERED that petitioner's motion to reconsider (dkt. no. 171)
4 is DENIED.

5

    DATED THIS 21st day of March 2013.

6

7

8     _____
    MIRANDA M. DU
    UNITED STATES DISTRICT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2