UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAYMOND GENE PHENIX,<br><br>    Petitioner,<br><br>v.<br><br>JAMES SCHOMIG, et al.,<br><br>    Respondents. | Case No. 2:03-cv-00485-MMD-NJK<br><br>ORDER |

Before the Court is Petitioner's Ex-Parte Request for Urgent Adjudication Pursuant to L. Rule 7-5-7-6(b). (Dkt. no. 202.) Petitioner requests that the Court address his pending Motion for Relief From Order (dkt. no. 182) on an expedited basis. Local Rule 7-5(b) requires that ex parte motion includes a statement showing good cause why the matter was filed without notice to all parties. Petitioner failed to comply with this requirement. The Court does not find good cause as to why the motion must be filed ex parte. Accordingly, Petitioner's ex parte motion (dkt. no. 202) is denied.

The Court is aware of Petitioner's Motion for Relief from Order and that Motion will be addressed in due course and on as expedited a basis as the Court's caseload permits.

DATED THIS 17th day of January 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE