UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAYMOND GENE PHENIX,<br><br>　　　　　　　　　Petitioner,<br>v.<br>JAMES SCHOMIG, et al.,<br>　　　　　　　　　Respondents. | Case No. 2:03-cv-00485-MMD-NJK<br><br>ORDER |

　　　Petitioner's motion to challenge, clarify and request certificate of appealability (dkt. nos. 211, 212, 213) contains nothing more than further dissatisfaction with the court's ruling.

　　　It is therefore ordered that petitioner's motion to challenge, clarify and request certificate of appealability (dkt. nos. 211, 212, 213) is denied.

　　　DATED THIS 17th day of April 2014.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE